## Commonwealth *v.* Rios, Appellant.

Argued December 6, 1971. *Arthur A. Moorshead,* with him *Moorshead & Niccolo,* for appellant; *Michael Joseph Melody, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Robinson, Appellant.

Submitted December 10, 1971. *Julius E. Fiorvanti,* for appellant; *Romer Holleran* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.